

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **CURTIS HALL** | **CIVIL ACTION NO. 13-908-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **JERRY GOODWIN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and/or preliminary/permanent injunction (Doc. 5) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 13th day of January 2014.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE